**FORM 8. Entry of Appearance**

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

_____ v. _____

No. _____

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

\_\_\_\_\_Pro Se       \_\_\_\_\_As counsel for:   _____
                                                        Name of party

I am, or the party I represent is (select one):

\_\_\_\_\_Petitioner   \_\_\_\_\_Respondent   \_\_\_\_\_Amicus curiae   \_\_\_\_\_Cross Appellant

\_\_\_\_\_Appellant    \_\_\_\_\_Appellee      \_\_\_\_\_Intervenor

As amicus curiae or intervenor, this party supports (select one):

\_\_\_\_\_Petitioner or appellant    \_\_\_\_\_Respondent or appellee

My address and telephone are:

Name: _____
Law firm: _____
Address: _____
City, State and ZIP: _____
Telephone: _____
Fax #: _____
E-mail address: _____

Statement to be completed by counsel only (select one):

\_\_\_\_\_ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

\_\_\_\_\_ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

\_\_\_\_\_ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): _____

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

\_\_\_\_\_Yes    \_\_\_\_\_No

\_\_\_\_\_A courtroom accessible to the handicapped is required if oral argument is scheduled.

| | |
|---|---|
| <u>August 4, 2015</u> | <u>/s/ Brian R. Matsui</u> |
| Date | Signature of pro se or counsel |

cc: _____

## CERTIFICATE OF SERVICE

I hereby certify that, pursuant to Fed. R. App. P. 25 and Fed. Cir. R. 25(c), I electronically filed the foregoing using the Court's CM/ECF filing system on this 4th day of August, 2015.  Counsel for Appellant was electronically served by and through the Court's ECF system pursuant to Fed. R. App. P. 25.

*/s/ David L. Fehrman*
Morrison & Foerster LLP
707 Wilshire Boulevard
Suite 6000
Los Angeles, CA 90017-3543
(213) 892-5200
DFehrman@mofo.com