NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**CLASSCO, INC.,**
*Appellant*

v.

**APPLE, INC.,**
*Appellee*

2015-1853

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 95/002,109.

**ON MOTION**

**O R D E R**

Upon consideration of ClassCo, Inc.'s motion to withdraw its motion to bar Apple, Inc.'s participation in this appeal,

IT IS ORDERED THAT:

The motion to withdraw is granted.

                                                                              FOR THE COURT

                                                                              <u>/s/ Daniel E. O'Toole</u>
                                                                              Daniel E. O'Toole
                                                                              Clerk of Court

s31