LAW OFFICE

# DAVID M. QUINLAN
A PROFESSIONAL CORPORATION

PO BOX 8088 • 22 MONTEREY DRIVE • PRINCETON, NJ 08543

TELEPHONE (609) 921-8660
FACSIMILE (609) 921-8651
E-mail: david@quinlanpc.com

May 16, 2016

Office of Clerk of Court
United States Court of Appeals
for the Federal Circuit
717 Madison Place, NW
Washington, DC 20439

    Re:  *ClassCo, Inc. v. Apple, Inc.*
          Case No. 15-1853

To the Clerk of Court:

    This letter will serve as notice under Federal Circuit Rule 34(c)(2) that the appellant ClassCo, Inc., intends to use at oral argument the items shown in the photographs accompanying this letter.

    Photographs Nos. 1 and 2 are of the front and back of the ClassCo Model 9500 product shown in the photograph of record at Joint Appendix page A1653. Photograph No. 3 is of a standard speaker phone of the type used with the ClassCo product as shown in the diagram in Brief of Appellant at page 4 (taken from the record at Joint Appendix page A1769).

                                      Sincerely,

                                      /s/ David M. Quinlan
                                      David M. Quinlan
                                      Attorney for Appellant

Photograph No. 1



Photograph No. 2



Photograph No. 3



# **CERTIFICATE OF FILING AND SERVICE**

I hereby certify that on this 16th day of May, 2016, I caused the foregoing Notice to be filed electronically with the Clerk of the Court using the CM/ECF System, which will send notice of such filing to the following registered CM/ECF users:

David L. Fehrman
Mehran Arjomand
MORRISON & FOERSTER LLP
707 Wilshire Boulevard, Suite 6000
Los Angeles, California 90017
(213) 892-5200

*Counsel for Appellee*

Brian R. Matsui
MORRISON & FOERSTER LLP
2000 Pennsylvania Avenue, NW
Suite 6000
Washington, DC 20006
(202) 887-8784

*Counsel for Appellee*

/s/ David M. Quinlan
*Counsel for Appellant*